FILED

MAR 20 2024

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ MCB _____ DEP CLK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF NORTH CAROLINA

### Eastern DIVISION

Betsy S. Holley

John L. Smith

v.

Elvanetta S. Woolard
DSS: Pamela Fleming
DSS: Taneisha W. Whitehurst
DSS: Angela Ellis

NO. 4:24-CV-00050-M

COMPLAINT

Plaintiff resides at:

101 Park St. Williamston, N.C.
27892

_____

_____

_____

_____

Defendant(s)' name(s) and address(es), if known:

Elvanetta S. Woolard

3070 Pineywoods Rd. Jamesville, N.C. 27846

Pamela Flemming DSS: 305 E-Main St. Williamston N.C.
27892

Taneisha W. Whitehurst 305 E. Main St.
Williamston, N.C. 27892

Angela C. Ellis

305 E. Main St

Williamston, N.C. 27892

1

Jurisdiction in this court is based on: Federal Question

Venue is proper pursuant to 18 U.S.C. Section 242-1983 Same District

The acts complained of in this suit concern:

DSS worker Taneisha W. Whitehurst have been misleading plaintiff on investigation or every court proceeding since Oct 26, 2023 investigation. Five months later 45 days investigation. Plaintiff was maliciously lied, refuse to give evident to Plaintiff. Held hearings that was scheduled for both parties to hear. Denial of right to gather evidence. Rights to hearings, Right to Present Evidence and Testimony, Right to call witness and Right to Question Witnesses. Right to Appeal. Every rights was read neglected. Every hearing was an excuse. February 6, 2024 plaintiffs and witnesses was being blocked by Taneisha W. Whitehurst and Angela C. Ellis in court waiting area. Taneisha Whitehurst called several times to plaintiff making false statement about the case. Reason why it been postpone. All the while they was having hearings without plaintiff through their friends at the clerk of

2

The acts complained of this suit concern

Court Office. Taneisha C. Whitehurst told about John L. Smith 'injure at facilty. But ignored. Same with worker Pamela Fleming, Angela Ellis they wanted him to be there. To protect them from this very lawsuit. John Smith needed to stay. So they wouldn't be responsible for him being in a facilty. Because they all violated his rights together. Violated plaintiff Power of Attorney and Health Power. And still until now, John Smith was In facilty they were all fine. November, December of 2023 have not heard or anyone checked on him. Until January 16, 2024, Director Angela Ellis filed Notice of Hearing On Incompetence and order Appointing Guardiam AD LITEM. Violating plaintiff Dual Power of Attorney and Healthcare with hearsay. The defendant is liable for she/he actions. Taneisha Whitehurst, Angela Ellis tried to block plaintiff Betsy S. Holley and witnesses from entering courtroom. February 6, 2024, Telling us it was a child protective hearing. So we didn't have to be there. Afraid of getting a failure to appear. Betsy S. Holley, John L. Smith entered courtroom. Someone dim the lights. There were no child protective case. Clerk of Court Tanya Leggett called John Smith name where we couldn't understand it. Intentionally. Witnesses ask who were she calling? Witnesses could it was John Smith Continuance!?

and scheduled it for February 13, 2024. Another continuance because hadn't heard from attorney to represent John L. Smith and plaintiff Betsys, Holley by William Barber. It would not have made any difference. Because hearings had already taken place from court papers. Now courts Say case must start over starting March 21, 2024. I don't know if I and my brother will be able to go through this with his new diagnose.

Thank You

Jurisdiction in this court is based on: Federal Question

Venue is proper pursuant to 18 U.S.C. Section 241; Conspiracy Against Rights. 18 U.S.C. Section 242 - 1983 Deprivation of Rights Under Color of Law. Same District.

The acts complained of in this suit concern:

DSS Worker Pamela Fleming on October 26, 2023 went to 3404 Pineywoods Rd. Jamesville NC. After a October 24, 2023 alleging that John L. Smith Plaintiff was being finacially exploited and that his basic needs was not being met by sister Betsy Holley. Power of Attorney and Healthcare Power. Allegations was conspired by Elvanetta Woolard, Lamont Woolard, DSS Workers Angela Ellis, Taneisha Whitehurst, Pamela Fleming. False allegations was taken serious by Pamela Fleming causing her to enter 3404 Pineywoods Rd. home where John L. Smith was having a morning cigarette on the screened in porch. Watch cars go by. John L. Smith said he was afraid when he saw a strange vehicle. Pamela Fleming approach Mr. Smith and said I need to go in and check your home. Walked to refrigerator and walked back out and said you do have food. Never turned water on. Never mention no heat. Because it was there. Pamela Flemming enter

2

property where there were no imment danger or threat to John L. Smith. Nor anything alleged in the report. Pamela Fleming entered home without probable cause, warrant, no court order. Violation of 18 U.S.C. Section 241 and others named in civil action. Documents enclosed on exhibits to show during Covid-19 how money was spent, utility was never in delinquent. LEAP was available to all residents. John Smith was enrolled where utility was paid two times a year. Exhibits

(If you need more space, or wish to include any further information for consideration, please attach additional sheets.)

I seek the following relief:

For Plaintiff Betsy Smith Holley and John Latham Smith. Emotional Distress and injure. $75,000

_____
**DATE**

_____
**SIGNATURE OF PLAINTIFF**

_____
_____
_____
_____
**ADDRESS AND PHONE NUMBER OF PLAINTIFF**

3

The acts complained of in this suit concern:

Exhibits will show documents of Betsy Holley doing all she could during Covid-19 to provide for John Smith. Pamela Fleming never asked for documents: Pamela Flemings wanted receipts for 3yrs. back. That I couldn't provide due to pandemic most was online. Social Security annual report was appoved for 13yrs. They ignored all the documents, Including Dr. Timothy Madigan of Primary Care report. That report show false allegations no merits for an investigation that is over. But yet court orders are still in tact, All in civil case name conspired against Betsy S. Holley P.O.A. and Power Attorney" for "John L. Smith to deprive him of his rights. John L. Smith injure, oppress, emotional depress, lack of proper hyelnge, lack of proper food, afraid of being without his sister Betsy S. Holley. Causing emotional distress, chest pain having to receive medical care. Causing John L Smith to be biten by mices, bedbugs at a Senior Center that he was forced into by Pamela Fleming, Elvanetta Woolard, Taneisha Whitehurst, DSS Director Angela Ellis. During the Adult Protective evaluation I Betsy L. Holley never placed my brother John L. Smith in Vintage Inn November 1, 2023. This is fabricated information. This is where 18 U.S.C. Section 242-1983 comes in. Color of Law. The conduct complained of was committed by a person acting under the color of law. And the conduct deprived

the plaintiff of a constitutional right, Pamela Fleming.
after entering John L. Smith home on October 26, 2023
no warrant, no court order, no sheriff. October 27, 2023
call John L. Smith phone to tell him Elvanetta Woolard
and husband Lamont Woolard is going to pick him
up. Betsy Holley myself told Pamela Fleming I had
Power of Attorney. She asked if it was at the court-
house? I responded yes, She looked strange, because
she had entered earlier illegally, I did not
know until John L. Smith my brother told me
that a woman just walked righ in the house, He
asked her who she were. Just said you got food.

    October 27, 2023. John Smith received a call
to be ready his sister was picking him up. John
Smith was picked up by sister Elvanatta Woolard
named as defendant, Taking to Village Inn to be
signed in not my Betsy S. Holley P.O.A. and Health
Power Attorney. John Smith thought I told them
to take him there. Because that's why he went
with them. I went to take him breakfast
about 9:30 he wasn't home. I looked for
about two hour couldn't find him. He don't
go walking far. I got so worried so I got
his phone and see where DSS worker Pamela
  Fleming had called John Smith, I called the
number back it was Pamela Fleming. Ask her if
she had called John Smith and knew his where
about? She respond no! I told her I can't find
my brother I brought his breakfast. She said

put it on the table. And hung up. I was going to
sheriff office found him missing. Until I saw
my sister Elvanetta Woolard van at Village Inn.
Upon arriving going inside I found my brother
John Smith having a episode upset with me,
Because he thought I had put him away.
Defendant Elvaneeta Woolard had put in his head
bad things about me. Everyone had been unfair
and wrong untruthful about this whole ordeal,
Depriving both Plaintiff of our rights. Violations
of John Smith rights filed. On January 16, 2024
John Smith was removed by myself Betsy Holley
and bought home with me to live. November,
December of 2023 didn't hear anymore from
DSS workers Pamela Fleming, Taneisha Whitehurst,
Director Angela Ellis. Until I removed my brother
John Smith from facility due to rodent bites
on hand and neck and bedbugs. Lack of food,
bath, clean clothes. His hand was swollen and
had a fever. They put ointment but didn't
help. So the day I bought him home, court
papers started arriving. We attend four or
more hearings that was continuance, Court
was having hearings and deciding without
Plaintiff present. Violating Plaintiff due
process and retiliation on plaintiff for removing
brother John Smith. Whom I had to go to facility
every other day to take food, bathe, change his
clothes. Mostly bring him home to eat and take him

Case 4:24-cv-00069-BO-RN Document 1 Filed 03/20/24 Page 9 of 14

back. Had to watch him cry every time. Exhibits will show. I know this is long hope you have patient to read this. John Smith is happy with me and I always have taken care of him. A promise I made mama in 2013. My brother is scheduled for dermatology April, 2024. And has been diagnosed with pulomonary disease. Tumors in right lung. I need him with me and no restriction. Defendants put John Smith in facilty to secure themselves from this very violations. He was fine with them as long as he was at facilty.

Suffering and crying for me everyday and I was there doing what everybody wasn't. Defendants is under color of law.

Elvanetta S. Woolard

Jurisdiction in this court is based on: ~~Federal~~ Question

Federal Question

Title 18 U.S.C. Section 241, S. 3406 ADA Act of 2008
False Allegation. Same District.

The acts complained of in this suit concern:

Elvanetta Smith Woolard ~~made~~ false allegation about her
brother John L. Smith. On October 24, 2023. That John
L. Smith was being financially exploited and that his
basic need were not being met. Not having running
water and heat. Which was made up to retitate about
land for 13 yrs. Elvanetta Woolard is upset about the land.
Violating his Title 18 U.S.C. Section 241 S. 3406 ADA
of 2008. Causing Mr. John Smith from November 1, 2023
until January 16, 2024. Causing him injury on hands
and neck from mices, Bedbug bites. Lack of food, baths,
changing of clothes. Mr. John Smith is still seeing a
dermatology and pdumonary doctor. Elvanetta revenge
was to take him to Vintage Senior without confronting
Sister Betsy Holley and forcing Betsy Holley to have to
sign John Smith into a facility where he was mistreated.
Ordered by Pamela Fleming, Angela Ellis, Taneisha
Whitehurst. They all were conspiring against Betsy

Holley. While violating his right as a U.S. citizen, Elvanetta Woolard have always praised Betsy Holley for such a good job she is doing with John L Smith their brother. Betsy Holley has report from Dr. Timothy Madigan of 20 yrs. A good report. Elvanetta Woolard knew during Covid-19 how risky it was to survive. After 13 yrs. why now? Elvanetta Woolard religious belief JW that she can't be around family. She has caused John L. Smith suffering. Conspired with others to remove John L. Smith to cease his heir property. Causing emotional distress to both plaintiffs.

(If you need more space, or wish to include any further information for consideration, please attach additional sheets.)

I seek the following relief:

I seek the relief of $75,000 for his violations and emotional distress, Violation of Conspiracy Against Rights.

_____

_____

_____

_____

3-
_____
**DATE**

_____
**SIGNATURE OF PLAINTIFF**

_____

_____

_____

_____
**ADDRESS AND PHONE NUMBER OF PLAINTIFF**

3

Angela C. Ellis

Jurisdiction in this court is based on: Federal Question
Venue is proper pursuant to 18 U.S.C. Section 242
Deprivation Under Color of law. Same District 1983

The acts complained of in this suit concern:
DSS Director Angela C. Ellis has been maliciously lied
and suppressed exculpatory evidence to deprive
Betsy S. Smith and John S. Smith who are plaintiffs.
Falsyfying documents to unrest John Smith from
his home the defendant conspire together to violate.
plaintiffs rights, Ellis filing paper on same day John
Smith was removed from ~~for this home~~ Vintage Inn
facilty waiting 60 days not hearing anything. Statue
of limitation of 45 day investigation turn into 5mos.
of emotional distress and injure by rodents, ~~mice~~
red bugs and lack of proper food amount. Angela Ellis
is under color of law.

2

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

(If you need more space, or wish to include any further information for consideration, please attach additional sheets.)

I seek the following relief:

For plaintiffs Betsy Smith and John Latham Smith
Emotional Distress and injure to John Latham Smith.
amount of $ 75,000

_____
_____
_____
_____

3-20-2024
_____
DATE

SIGNATURE OF PLAINTIFF

Betsy S Holley

John Smith

_____

_____

ADDRESS AND PHONE NUMBER OF PLAINTIFF

3